IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
FORD COUNTY, ILLINOIS

| | |
|---|---|
| ROBERT NOBLE, | ) |
| Plaintiff, | ) ) ) |
| vs | ) ) |
| VILLAGE OF ELLIOTT, ILLINOIS, a municipal corporation, WYATT'S COLLISION, REPAIR, LLC, TRACY MOTT, in his individual capacity, CURTIS MILLER, in his individual capacity and FORD COUNTY, Illinois, A Municipal Corporation, | ) 12-LM-7 ) ) ) ) ) ) |
| Defendants. | ) |

**SUMMONS**
**(30 DAYS)**

To Each Respondent: Village of Elliott Board, P.O. Box 155, Elliott, IL 60952

YOU ARE SUMMONED and required to file a written answer or other pleading at the Courthouse in the office of the Clerk of the Circuit Clerk, 200 W. State Street, Paxton, Illinois 60957 within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

Date of Mailing: April 23, 2012

_Jude M. Redwood_
Jude M. Redwood, Attorney

Mrs. Jude M. Redwood
Attorney for Defendant/Counter-Plaintiff
REDWOOD LAW OFFICE
P.O. Box 864
St. Joseph, IL 61873
217-469-9194